

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2018

No. 04-17-00780-CR

Clint Harrison **ELLER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A15100
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On January 24, 2018, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating the reporter's record has not been filed because: (1) appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee; and (2) appellant has failed to request the record in writing. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that: (1) appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and (2) either (a) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (b) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of the clerk's record is filed in this appeal, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2018.



KEITH E. HOTTLE,
Clerk of Court